THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CATHERINE FOWLER TURNER,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>Defendants. | CASE NO. C24-5312-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's request (Dkt. No. 12) to extend her response deadline to Defendants' motion to dismiss (Dkt. No. 7). Finding good cause, the Court EXTENDS the deadlines for this motion as follows:

- Response deadline – June 21, 2024
- Reply deadline – July 3, 2024

The Clerk shall re-note Defendants' motion to dismiss to July 3, 2024.

//

//

//

//

MINUTE ORDER
C24-5312-JCC
PAGE - 1

1        DATED this 31st day of May 2024.

2                                                         Ravi Subramanian
                                                          Clerk of Court
3

4                                                         s/Kathleen Albert
                                                          Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26